UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 08 2012 ★

BROOKLYN OFFICE

-----------------------------------------------X

United States of America

V.                                                                  Docket Number: 06-CR-265-4

Raphael Rodriguez

-----------------------------------------------X

## ORDER

This Cause having been heard before me on March 6, 2011.

IT IS HEREBY ORDERED that the defendant shall perform eight hours of community service prior to his next court appearance in April 2012.

s/DLI

_____   3/6/12
UNITED STATES DISTRICT JUDGE      DATE

So Ordered.